IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL JEFFREY YOUNG,

    Plaintiff,                          No. CIV S-12-0637 EFB

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.                 ORDER
_____/

    On March 16, 2012, the court ordered plaintiff to, within 14 days, submit documents for service of process to the United States Marshal, and to file a statement with the court that said documents had been submitted. Dckt. No. 5. As of the date of this order, plaintiff has not complied with the court's prior order.[1]

    Accordingly, IT IS HEREBY ORDERED that, within 14 days of the date of this order, plaintiff shall comply with the court's May 16 order. Plaintiff is warned that failure to comply with this order may result in the dismissal of this case.

    SO ORDERED.

DATED: April 20, 2012.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Nor has plaintiff filed his consent to proceed before the undersigned or request for assignment of a United States District Judge.