1  PETER E. BRIXIE, S.B.#124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4
   **Attorney for DARRYL YOUNG**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL YOUNG,**<br><br>                                    Plaintiff,<br><br>vs.<br><br>**MICHAEL J. ASTRUE,**<br>   **Commissioner of Social Security,**<br><br>                                    Defendant. | CASE NO.:   **2:12-CV-00637-EFB**<br><br>**Stipulation and Order Extending Time to File and Serve Motion** |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of October 22, 2012.  The extension is needed due to press of business in plaintiff's attorney's office.

1 | This is the 1st request for extension by plaintiff.

2

3 | Dated: 9/21/12                          /s/ Peter Brixie
                                            PETER BRIXIE
                                            Attorney at Law
4                                           Attorney for Plaintiff

5

6 | Dated: 9/21/12                    By:   /s/ Cynthia B. De Nardi
                                            CYNTHIA B. De NARDI
                                            Office of The General Counsel
7                                           Social Security Administration
                                            Attorney for Defendant

8

9                               __ooo__

10 | APPROVED AND SO ORDERED

11 | Dated: September 24, 2012.

12                                   _____
                                     EDMUND F. BRENNAN
13                                   UNITED STATES MAGISTRATE JUDGE