1  PETER E. BRIXIE, S.B.#124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4
   **Attorney for DARRYL YOUNG**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL YOUNG,** | CASE NO.:  **2:12-CV-00637-EFB** |
| Plaintiff, | **Stipulation and Order Extending Time to File and Serve Motion** |
| vs. | |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of October 22, 2012.  The extension is needed due to press of business in plaintiff's attorney's office.

1       This is the 1st request for extension by plaintiff.

2 Dated: 9/21/12                                                             */s/ Peter Brixie*
3                                                                        PETER BRIXIE

Attorney at Law

4                                                                        Attorney for Plaintiff

5

Dated: 9/21/12                                   By:    */s/ Cynthia B. De Nardi*

6                                                               CYNTHIA B. De NARDI

Office of The General Counsel

7                                                               Social Security Administration

Attorney for Defendant

8

9                                       __ooo__

10 APPROVED AND SO ORDERED

11 Dated: September 24, 2012.

12                                       EDMUND F. BRENNAN

13                                       UNITED STATES MAGISTRATE JUDGE