**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| DARRYL YOUNG, | ) Case no. 2:12-cv-00637-EFB |
| Plaintiff, | ) [PROPOSED] ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of Attorney Fees pursuant to the Equal Access to Justice Act (EAJA) (Stipulation),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND SEVEN HUNDRED AND EIGHTY FIVE DOLLARS ($3,785.00) subject to the terms of the Stipulation.

DATED: October 31, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE